UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BENITO MENDOZA-BALDOVINOS,<br><br>　　　　Defendant. | NO: CR-10-6072-LRS<br><br>**ORDER DISMISSING INDICTMENT** |

　　IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed with prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

　　DATED this __17th__ day of November, 2010.

*s/Lonny R. Suko*
　　　　　　　LONNY R. SUKO
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DISMISSING INDICTMENT